1  Kristin Nealey Meier
   kmeier@ryanlaw.com
2  ISBN 10809
   RYAN, SWANSON & CLEVELAND, PLLC
3  1201 Third Ave., Suite 3400
   Seattle, WA 98101
4  Telephone: 206.464.4224
   Facsimile: 206.583.0359
5  *Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CINDY L. BEYERSDORF,<br><br>                                    Plaintiff,<br><br>       v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>                                    Defendant. | Case No. 1:22-cv-00146<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Transamerica Life Insurance Company ("Transamerica") hereby removes this action from the District of the Third Judicial District of The State of Idaho, in and for the County of Canyon, to the United States District Court for the District of Idaho, being the federal district embracing the place where the case is pending. In support of this Notice of Removal, Transamerica states the following:

**I.  TIMELINESS OF THE REMOVAL**

1. On March 8, 2022, Cindy L. Beyersdorf ("Beyersdorf"), commenced this action by filing a Complaint in the District of the Third Judicial District of The State of Idaho, in and for the County of Canyon, entitled *Cindy L. Beyersdorf v. Transamerica Life Insurance*

NOTICE OF REMOVAL - 1



*Company*, No. CV14-22-01860.[1]

2. Beyersdorf served the Complaint and Demand for Jury Trial, along with a Summons, on the State of Idaho Department of Insurance, which received the Summons and Complaint on March 11, 2022. Pursuant to Idaho Code §§ 41-333 & 41-334, the Department mailed the Summons and Complaint to Transamerica's resident agent, C T Corporation System, on March 14, 2022.[2] C T Corporation System then transmitted the documents to Transamerica on March 16, 2022.[3]

3. This Notice is timely because it was filed within thirty days of service of process on Transamerica. 28 U.S.C. § 1446(b); *Destfino v. Reiswig*, 630 F.3d 952, 956 (9th Cir. 2011) ("[E]ach defendant is entitled to thirty days to exercise his removal rights after being served.").

4. Written notice of the filing of this Notice of Removal and the removal of the state court action is being served on Plaintiff through her counsel of record. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being promptly filed with the District of the Third Judicial District of The State of Idaho, in and for the County of Canyon.

## II.  THE PARTIES

5. Cindy L. Beyersdorf, beneficiary of the subject life insurance policy, is a citizen of the State of Colorado. Compl. ¶ 1.

6. Terry Cook, insured to the subject life insurance policy, now deceased, was a citizen of the State of Idaho at the time of his death. Compl. ¶ 2.

7. Transamerica is an Iowa corporation with its principal place of business in Cedar Rapids, Iowa. Transamerica is therefore a citizen of the State of Iowa. 28 U.S.C. § 1332(c).

8. Complete diversity exists between the parties.

/ / /

---

[1] Pursuant to 28 U.S.C. § 1446(a) and LCR 81.1, the entire state court record and the Register of Actions is being provided.
[2] Insurance Commissioner's Certificate of Service is attached.
[3] CT Corporation Service of Process Transmittal is attached.

### III.  NATURE OF THE ACTION

9.  Transamerica issued an accidental death and dismemberment policy to Mr. Cook that contained a $100,000 benefit if he was injured as a direct result of a collision or crash of a private automobile, subject to all exclusions identified in the Policy, and compliance with all necessary conditions (the "Policy").

10.  Mr. Cook named Ms. Beyersdorf the primary beneficiary of the Policy.

11.  On May 30, 2020, Mr. Cook died in an automobile crash that occurred as result of his fleeing from the police at a high rate of speed.

12.  Ms. Beyersdorf made a claim for benefits under the Policy, which Transamerica investigated.

13.  Transamerica denied Ms. Beyersdorf's claim.

14.  Ms. Beyersdorf filed this action challenging Trasnamerica's denial of her claim for benefits under the Policy.

### IV.  BASIS FOR FEDERAL JURISDICTION

**A.  Diversity Of Citizenship Pursuant to 28 U.S.C. § 1332(a)**

15.  This action is removable because complete diversity of citizenship exists within the meaning of U.S.C. § 1332(a), and the amount in controversy with respect to Plaintiff's individual claims exceeds $75,000, exclusive of interest and costs.

**Individual Amount in Controversy**

16.  In her Complaint, Plaintiff identifies the value of her claim for damages "exceeding $100,000, plus interest, costs and attorneys' fees."

17.  Thus, even without evaluating all forms of relief sought in the Complaint (e.g., attorneys' fees and other exemplary damages), the amount in controversy with respect to plaintiff's individual claims clearly exceeds $75,000, exclusive of interest and costs.

**Complete Diversity of Citizenship**

18.  As set forth above, because Plaintiff is a citizen of Colorado, and Transamerica


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

is a citizen of Iowa, there is complete diversity of citizenship between the parties.

## V.  CONCLUSION

For the reasons stated above, Transamerica hereby removes this action from the District of the Third Judicial District of The State of Idaho, in and for the County of Canyon to the United States District Court for the District of Idaho.

DATED this 4th day of April, 2022.

By */s/ Kristin Nealey Meier*
Kristin Nealey Meier, ISBN 10809
*Attorneys for Defendant*
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington  98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
kmeier@ryanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Ron R. Shepherd, ISBN 6593
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID 83646
T: 208.887.3444
F: 208.887.3443
ron@sheplawgroup.net
Efiling: efile@sheplawgroup.net

/s/ A. Henderson
Angie Henderson, Legal Assistant
henderson@ryanlaw.com

NOTICE OF REMOVAL - 5

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359