Electronically Filed
3/8/2022 3:59 PM
Third Judicial District, Canyon County
Chris Yamamoto,Clerk of the Court
By: Stephanie Fernicola, Deputy Clerk

Ron R. Shepherd, ISBN 6593
Stetson B. Holman, ISBN 10949
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID 83646
Telephone: (208) 887-3444
Facsimile: (208) 887-3443
Direct: ron@sheplawgroup.net
stetson@sheplawgroup.net
E-filing: efile@sheplawgroup.net

Attorneys for Plaintiff, Cindy Beyersdorf

**IN THE DISTRICT OF THE THIRD JUDICIAL DISTRICT OF**

**THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON**

| | | |
|---|---|---|
| CINDY BEYERSDORF,<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Case No. CV14-22-01860<br><br>SUMMONS<br>Whitney, Thomas W. |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER DEFAULT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO: TRANSAMERICA LIFE INSURANCE COMPANY, Defendant above named:**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above-designated court within 21 days after service of this Summons on you. If you fail to so respond, the Court may enter default against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10 (a) and other rules under the Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court, whose address and phone number are as follows:

Clerk of the Court
CANYON COUNTY COURTHOUSE
1115 Albany Street
Caldwell, ID 83605
208-454-7571

DATED 3/8/2022 3:59 PM

DISTRICT COURT
STATE OF IDAHO
COUNTY OF CANYON
THIRD JUDICIAL DISTRICT

CHRIS YAMAMOTO
Clerk of the Court

By: Stephanie Fornicola
Deputy Clerk

DISTRICT COURT
STATE OF IDAHO
COUNTY OF CANYON
THIRD JUDICIAL DISTRICT

State of Idaho
County of Canyon } ss.
I hereby certify that the foregoing instrument is a true and correct copy of the original as the same appears in this office.
DATED
4/1/2022 2:23:44 PM
CHRIS YAMAMOTO, Clerk of the District Court
By Allie [signature]
Deputy