1  Kristin Nealey Meier, ISBN 10809
   RYAN, SWANSON & CLEVELAND, PLLC
2  1201 Third Avenue, Suite 3400
   Seattle, WA 98101
3  Telephone: 206.464.4224
   Facsimile: 206.583.0359
4  kmeier@ryanlaw.com
5  *Attorney for Defendant*

6

7      IN THE DISTRICT COURT OF THE THIRD JUDICAL DISTRICT OF
       THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON

8  CINDY L. BEYERSDORF,

9                              Plaintiff,      NO. CV14-22-01860

10      v.                                     **NOTICE OF APPEARANCE**

11  TRANSAMERICA LIFE INSURANCE
    COMPANY,
12

13                              Defendant.

14

15  TO:    THE CLERK OF THE COURT; and

16  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD.

17         PLEASE TAKE NOTICE that the appearance of defendant TRANSAMERICA

18  LIFE INSURANCE COMPANY is hereby entered in the above-entitled action through the

19  undersigned attorneys, without precluding the right to challenge lack of jurisdiction,

20  insufficiency of process and insufficiency of service of process pursuant to Idaho R. Civ. P.

21  12(b)(6).  All further pleadings and papers, except original process, shall hereafter be served

22  upon said attorneys.

23         DATED this 24th day of March, 2022.

24

25         By _____
              Kristin Nealey Meier, ISBN 10809
26            *Attorney for Defendant*

NOTICE OF APPEARANCE - 1

RS  Ryan, Swanson & Cleveland, PLLC
    1201 Third Avenue, Suite 3400
    Seattle, WA 98101-3034
    206.464.4224  |  Fax 206.583.0359

4895-6757-3272.1

# DECLARATION OF SERVICE

I hereby declare as follows:

1.    I am a citizen of the United States and a resident of the state of Washington. I am over the age of 18 years and not a party to the within action. I am employed by the law firm of Ryan, Swanson & Cleveland, PLLC, 1201 Third Avenue, Suite 3400, Seattle, Washington, 98101-3034.

2.    On this 24th day of March, 2022, I caused the above and foregoing to be served upon counsel of record at the address and in the manner described below:

| | |
|---|---|
| ***Attorney for Plaintiff***<br>Ron R. Shepherd, ISBN 6593<br>SHEP LAW GROUP<br>1990 North Meridian Road<br>Meridian, ID 83646<br>T: 208.887.3444<br>F: 208.887.3443<br>ron@sheplawgroup.net<br>Efiling: efile@sheplawgroup.net | ☒ U.S. Mail<br>☐ Hand Delivery<br>☒ E-mail<br>☐ Facsimile<br>☐ Federal Express<br>☒ Via iCourt E-Filing (if registered) |

I declare under penalty of perjury under the laws of the state of Washington and Idaho that the foregoing is true and correct.

DATED this 24th day of March, 2022 at Seattle, Washington.

_____
Angela A. Henderson, Legal Assistant
henderson@ryanlaw.com

State of Idaho
County of Canyon } ss.
I hereby certify that the foregoing instrument is a true and correct copy of the original as the same appears in this office.
DATED
**4/1/2022 2:24:19 PM**
CHRIS YAMAMOTO, Clerk of the District Court
By_____
Deputy

NOTICE OF APPEARANCE - 2

RS Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4895-6757-3272.1