State of Idaho
# DEPARTMENT OF INSURANCE

**BRAD LITTLE**
*Governor*

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250  Fax (208) 334-4298
http://www.doi.idaho.gov

**DEAN L. CAMERON**
*Director*

**To:** TRANSAMERICA LIFE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
921 S ORCHARD ST STE G
BOISE, ID 83705-1992

**CC:** Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 3/14/2022

**Re:** NOTICE OF SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL OF THE THIRD JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON CASE NO. CV 14-22-01860.

---

CINDY BEYERSDORF v TRANSAMERICA LIFE INSURANCE COMPANY

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled action, was made upon you by US MAIL on the ELEVENTH day of MARCH, 2022, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this FOURTEENTH day of MARCH, 2022.

*Dean L. Cameron* /pm
Dean L. Cameron
Director
Department of Insurance
State of Idaho

Cert Num. 70160750000021812871

STATE OF IDAHO
DEPARTMENT OF INSURANCE
P.O. Box 83720
Boise, Idaho 83720-0043

7016 0750 0000 2181 2871

TRANSAMERICA LIFE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
921 S ORCHARD ST STE G
BOISE, ID 83705-1992



US POSTAGE — PITNEY BOWES
ZIP 83702
02 4W
0000382634 MAR 14 2022
$008.36



# Service of Process Transmittal
03/16/2022
CT Log Number 541236428

| | |
|---|---|
| **TO:** | General Counsel<br>Transamerica Life Insurance Company<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS, IA 52499-0002 |
| **RE:** | **Process Served in Idaho** |
| **FOR:** | Transamerica Life Insurance Company  (Domestic State: IA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CINDY BEYERSDORF vs. TRANSAMERICA LIFE INSURANCE COMPANY |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # CV142201860 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boise, ID |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/16/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Idaho |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  General Counsel   OfficeOfTheGeneralCounsel@Transamerica.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>921 S Orchard Street<br>Suite G<br>Boise, ID 83705<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.